UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES MARTIN,

                      Plaintiff,

   -against-

THE CITY OF NEW YORK,
NEW YORK CITY DEPARTMENT OF CORRECTION,
CAPTAIN MATOS, CAPTAIN VASQUEZ,
OFFICER NIEVES, DEPUTY McCOVEY, JOHN DOE 1,
and JOHN DOE 2,

                    Defendants.
-----------------------------------------------------------------X

Case # 07-CV-2996
Judge Hellerstein

**Notice of Change of
Attorney Firm and Address**

      PLEASE TAKE NOTICE the attorney for the plaintiff James Martin is providing notice of a change of firm and address.  I, Arienne Irving, the attorney of record, is now associated with the firm of Robert M. Simels, P.C. located at 1735 York Avenue, Suite 35C New York, New York 10128.  The new telephone number is 212-369-3900 and the fax number is 212-369-4516.  I ask that this change be reflected on the docket sheet and all further mailings be sent to this new address.  Thank you for your time and attention in this matter.

                                                Respectfully Submitted,

                                                Arienne J. Irving
                                                Bar # AI4453
                                                Robert M. Simels, P.C.
                                                1735 York Avenue, Suite 35C
                                                New York, NY 10128