USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JAMES MARTIN,

                              Plaintiff,

    -against-

CITY OF NEW YORK et al.,

                              Defendants.
------------------------------------------------------------- x

**ORDER EXTENDING TIME TO RESPOND**

07 Civ. 2996 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendants' request for an extension of time to answer or move with respect to the above-captioned complaint is granted. Time to respond is extended to July 23, 2007. This extension is granted on the following conditions:

       1.    Corporation Counsel, on or before June 29, 2007, shall file a report as to which defendants have been served, and which have not yet been served.

       2.    As to defendants who have not been served, Corporation Counsel shall provide their last known addresses or, alternatively, a willingness to accept service on behalf of any such unserved defendant whose last known address is not provided.

       SO ORDERED.

Dated:     May 22, 2007
             New York, New York

                                                                _Loretta A. Preska_
                                                                Part I Judge

1