UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JAMES MARTIN,

                                   Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION, CAPTAIN MATOS,
CAPTAIN VASQUEZ, OFFICER NIEVES, DEPUTY
McCOVEY, JOHN DOE 1, and JOHN DOE 2,

Defendants.

**NOTICE OF APPEARANCE**

07 CV 2996 (AKH)

       **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel M. Vivian Najib, effective July 26, 2007.

Dated: New York, New York
       July 26, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel, City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 3-198
                                    New York, New York 10007
                                    (212) 788-1580

                                    By: _____
                                        Craig Hanlon (CH 5679)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:    Arienne Jill Irving, Esq.
        Robert Simels, P.C.
        Attorney for Plaintiff
        1735 York Avenue
        Suite 35C
        New York, NY 10128

| |
|---|
| Index No.     07 CV 2996 (AKH) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JAMES MARTIN,<br><br>                                              Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTION, CAPTAIN MATOS, CAPTAIN VASQUEZ, OFFICER NIEVES, DEPUTY McCOVEY, JOHN DOE 1, and JOHN DOE 2,<br><br>                                              Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel: (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.* ................................................,2007<br><br>................................................................. *Esq.*<br><br>*Attorney for City of New York* |