

MICHAEL A. CARDOZO
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CRAIG HANLON
*Assistant Corporation Counsel*
Tel.: (212) 788-1580
Fax: (212) 788-9776

July 26, 2007

**BY HAND**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  James Martin v. City of New York, et al., 07 CV 2996 (AKH)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York. In that capacity, I write in response to Your Honor's Order, dated May 23, 2007, requesting Corporation Counsel to file a report, on or before June 29, 2007, as to which defendants have been served and which have not yet been served.

First, I apologize to the Court for the timing of this report. However, since this case was only transferred to me *after* the June 29, 2007 deadline, I was previously unaware of Your Honor's Order.

Second, I have contacted plaintiff's counsel, Ms. Arienne J. Irving, Esq., regarding service of the remaining defendants. I have provided plaintiff's counsel with their proper service addresses.

Thank you for your consideration herein.

Respectfully submitted,

Craig Hanlon (CH 5679)
Assistant Corporation Counsel

cc:    Ms. Arienne Jill Irving (by fax)
       1735 York Avenue, Suite 35C
       New York, New York  10128