# Robert M. Simels, P.C.

Counsellors at Law
1735 York Avenue
Suite 35C
New York, New York 10128

Tel: 212-369-3900
Fax: 212-369-7516

E-Mail: robert@simelslaw.com
Website: www.simelslaw.com



July 26, 2007

via facsimile (212)805-7942

Hon. Alvin K. Hellerstein
US District Court Judge
US District Court, SDNY
500 Pearl Street
New York, NY 10007

RE: James Martin v. The City of New York, et al., Case#: 07-CV-2996

Hon. Hellerstein,

My office is in receipt of the notice adjourning the pre-trial conference from July 27, 2007 until August 3, 2007. Unfortunately, on August 3, 2007 I have a criminal matter in Suffolk County, which was previously scheduled, and I am unable to appear before your Honor. I apologize for the delay in this request, as I only recently found out the new date was August 3, 2007. I have not requested an adjournment previously. I respectfully request a short one week adjournment to August 10, 2007 for this conference.

I have spoken with Assistant Corporation Counsel Craig Hanlon and he has consented to this request.

Respectfully,

Arienne J. Irving, Esq. (AI4453)

TO: Craig Hanlon, Esq. (via facsimile)