UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MARTIN,

                                    Plaintiff,          **NOTICE OF MOTION**

        vs.

CITY OF NEW YORK, et al.                    **Civil No. 07-CV-2996**

                                    Defendants.

        **PLEASE TAKE NOTICE,** that upon the affidavit of Arienne J. Irving, Esq., sworn to on

the 8th day of November, 2007, a motion pursuant to FRCP 15(c)(3) and pursuant to FRCP 4(m) will

be made before the Hon. Alvin K. Hellerstein, USDJ, at the United States Courthouse, 500 Pearl

Street, New York, New York at a date and time to be determined by the Court for an order granting

leave to plaintiff to serve the proposed *first* amended complaint as presented herein and to enlarge

the time to serve defendants for good cause shown. The grounds for this motion are fully set forth

in the accompanying attorney affirmation.

        The above entitled action is brought by the plaintiff for violations of his rights as guaranteed

by the 8th Amendment to the United States Constitution.

DATED:      November 8, 2007
            New York, New York

                                    _____
                                    Arienne J. Irving, Esq. (AI4453)
                                    **ROBERT M. SIMELS, P.C.**
                                    *Attorneys for Plaintiff*
                                    1735 York Avenue, Suite 35 C
                                    New York, New York 14075
                                    Telephone: (212) 369-3900