



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**CRAIG HANLON**
*Assistant Corporation Counsel*
Tel.: (212) 788-1580
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

December 5, 2007

**BY FAX**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Conf adjourned to 12/14/07, @ 9:30 a.m.*
*12-5-07*
*[signature] AKH*

Re: James Martin v. City of New York, et al., 07 CV 2996 (AKH)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants in the above mentioned matter. In that capacity I write to respectfully request an adjournment of the status conference currently scheduled for Friday, December 7, 2007, at 9:30 a.m. The reason for this request is that I have been required to schedule a Court Ordered Deposition in another matter I am handling for the same date. The deposition is scheduled to begin at 10:00 a.m. and expected to run the entire 7 hours. <u>I contacted counsel for plaintiff and she consents to this request.</u>

    This is the first request for an adjournment of this status conference. Thank you for your consideration herein.

Respectfully submitted,

[signature]

Craig Hanlon (CH 5679)
Assistant Corporation Counsel

cc:    Ms. Arienne Jill Irving (by fax)
       1735 York Avenue, Suite 35C
       New York, New York 10128