UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

JAMES MARTIN,

                                 Plaintiff,

        -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION, CAPTAIN LUIS MATOS
Shield #856, CAPTAIN JOSE VASQUEZ Shield #300,
DEPUTY SAMMIE MCCOVEY ADW#100, OFFICER
VICTOR RIVERA Shield #4337 and OFFICER KIMBERLY
GANNAWAY Shield #1027,

                                Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07-CV-2996 (AKH)

      **PLEASE TAKE NOTICE** that Hugh A. Zuber, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Luis Matos and Sammie McCovey, having replaced Assistant Corporation Counsel Craig Hanlon, effective January 8, 2008.

Dated: New York, New York
       January 9, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel, City of New York
                                    Attorney for Defendants City of New York,
                                    Luis Matos and Sammie McCovey.
                                    100 Church Street,
                                    New York, New York 10007
                                    (212) 442-0832

                               By:   /s/ Hugh A. Zuber            .
                                           Hugh A. Zuber (HZ 4935)
                                           Assistant Corporation Counsel
                                           Special Federal Litigation Division

To:    Arienne Jill Irving, Esq.
        Robert Simels, P.C.
        Attorney for Plaintiff
        1735 York Avenue, Suite 35C
        New York, NY 10128

Index No.    07 CV 2996 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MARTIN,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTION, CAPTAIN LUIS MATOS Shield #856, CAPTAIN JOSE VASQUEZ Shield #300, DEPUTY SAMMIE MCCOVEY ADW#100, OFFICER VICTOR RIVERA Shield #4337 and OFFICER KIMBERLY GANNAWAY Shield #1027,

                            Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*

*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Hugh A. Zuber*

*Tel:  (212) 442-0832*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..................................................,2007*

*..........................................................................Esq.*

*Attorney for City of New York*