UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x

JAMES MARTIN,

                                      Plaintiff,

          -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION, CAPTAIN LUIS MATOS
Shield #856, CAPTAIN JOSE VASQUEZ Shield #300,
DEPUTY SAMMIE MCCOVEY ADW#100, OFFICER
VICTOR RIVERA Shield #4337 and OFFICER KIMBERLY
GANNAWAY Shield #1027,

                                      Defendants.

---------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07-CV-2996 (AKH)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Jose Vasquez, Victor Rivera and Kimberly Gannaway, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          January 9, 2008

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel, City of New York
                                  Attorney for defendants Jose Vasquez,
                                  Victor Rivera and Kimberly Gannaway.
                                  100 Church Street,
                                  New York, New York 10007
                                  (212) 442-0832

                              By:    /s/ Hugh A. Zuber            .
                                          Hugh A. Zuber (HZ 4935)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

To:    Arienne Jill Irving, Esq.
        Robert Simels, P.C.
        Attorney for Plaintiff
        1735 York Avenue, Suite 35C
        New York, NY 10128

Index No.     07 CV 2996 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MARTIN,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTION, CAPTAIN LUIS MATOS Shield #856, CAPTAIN JOSE VASQUEZ Shield #300, DEPUTY SAMMIE MCCOVEY ADW#100, OFFICER VICTOR RIVERA Shield #4337 and OFFICER KIMBERLY GANNAWAY Shield #1027,

                        Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for defendants Jose Vasquez,*
*Victor Rivera and Kimberly Gannaway*
*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Hugh A. Zuber*

*Tel:  (212) 442-0832*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..................................................,2007*

*............................................................................Esq.*

*Attorney for City of New York*

2